```
 1  BENJAMIN B. WAGNER                          FILED
    United States Attorney
 2  RUSSELL L. CARLBERG                        JUN - 9 2010
    MICHAEL M. BECKWITH
 3  Assistant U.S. Attorneys              CLERK, U.S. DISTRICT COURT
    501 I Street, Suite 10-100           EASTERN DISTRICT OF CALIFORNIA
 4  Sacramento, California 95814         BY _____
    Telephone: (916) 554-2748                    DEPUTY CLERK
 5
```


                IN THE UNITED STATES DISTRICT COURT

              FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:10-CR-0220 GEB |
| Plaintiff, | VIOLATIONS: 21 U.S.C. §§ 846 and 841(a)(1) - Conspiracy to Manufacture Over 100 Plants of Marijuana; 21 U.S.C. § 841(a)(1) - Manufacturing Over 100 Plants of Marijuana; 21 U.S.C. § 853(a) - Criminal Forfeiture |
| v. | |
| JOHNNY E. "JAY" GRIVETTE, Jr., DAMON TODD RYDELL, and RAMON FILIPE MALDONADO, | |
| Defendants. | |

# I N D I C T M E N T

COUNT ONE: [21 U.S.C. §§ 846 and 841(a)(1) - Conspiracy to Manufacture Over 100 Plants of Marijuana]

   The Grand Jury charges: T H A T

                JOHNNY E. "JAY" GRIVETTE, Jr.,
                  DAMON TODD RYDELL, and
                RAMON FILIPE MALDONADO,

defendants herein, beginning on a date unknown to the Grand Jury, but no later than on or about November 23, 2009, and continuing until on or about April 27, 2010, in the State and Eastern District of California, did conspire with each other and with persons both

1

known and unknown to the Grand Jury to knowingly and intentionally manufacture at least 100 plants of marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 846 and 841(a)(1).

COUNT TWO:   [21 U.S.C. § 841(a)(1) - Manufacturing Over 100 Plants of Marijuana]

The Grand Jury further charges:   T H A T

JOHNNY E. "JAY" GRIVETTE, Jr.,
DAMON TODD RYDELL, and
RAMON FILIPE MALDONADO,

defendants herein, beginning on a date unknown to the Grand Jury, but no later than on or about November 23, 2009, and continuing until on or about April 27, 2010, in the State and Eastern District of California, did knowingly and intentionally manufacture at least 100 plants of marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

FORFEITURE ALLEGATION:   [21 U.S.C. § 853(a) - Criminal Forfeiture]

Upon conviction of one or more of the controlled substance offenses alleged in Counts One and Two of this Indictment, defendants JOHNNY E. "JAY" GRIVETTE, Jr., DAMON TODD RYDELL, and RAMON FILIPE MALDONADO, shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a), any property constituting or derived from proceeds obtained, either directly or indirectly, from the said violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of said violations, including but not limited to the following:

   a)   One 2006 trailer, VIN#4RACS20296K012016, California license plate #4GU8983, licensed to Grivette Construction.

      b)    One 1993 blue Ford pickup, VIN# 1FTEX15H8PKA12935, California license plate #4S01693, licensed to Damon Todd Rydell.

      c)    One 2002 gold Chevy pickup, VIN# 1GCHK29U02E149285, California license plate #6X12887, licensed to an individual identified here as J.R.

      d)    One 2009 black Dodge Challenger, VIN# 2B3LJ74W79H543504, California license plate #6GIA803, licensed to an individual identified here as C.L.R.

If any property subject to forfeiture as a result of the offenses alleged in Counts One and Two of this Indictment:

    (1)    cannot be located upon the exercise of due diligence;

    (2)    has been transferred or sold to, or deposited with, a third person;

    (3)    has been placed beyond the jurisdiction of the Court;

    (4)    has been substantially diminished in value; or

    (5)    has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of said defendant up to the value of the property subject to forfeiture.

A TRUE BILL.

/s/ [signature redacted] AUSA

FOREPERSON

[signature: Benjamin Wagner]
BENJAMIN B. WAGNER
United States Attorney

3

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

---

THE UNITED STATES OF AMERICA

vs.

JOHNNY E. "JAY" GRIVETTE, JR.,
DAMON TODD RYDELL, and
RAMON FILIPE MALDONADO

---

## INDICTMENT

**VIOLATIONS:** 21 U.S.C. §§ 846 and 841(a)(1) - Conspiracy to Manufacture Over 100 Plants of Marijuana; 21 U.S.C. § 841(a)(1) - Manufacturing Over 100 Plants of Marijuana; 21 U.S.C. § 853(a) - Criminal Forfeiture

---

*A true bill,*

/ S /

_____
*Foreman.*

---

*Filed in open court this* _____ 9th _____ *day*

*of* __June__ , A.D. 20 _10_

_____
*Clerk.*

---

Bail, $ **NO BAIL WARRANT**s pending hearing, no bail As

GPO 863 525

# PENALTY SLIP

**JOHNNY E. "JAY" GRIVETTE, JR.,
DAMON TODD TYDELL, and
RAMON FILIPE MALDONADO**

| | |
|---|---|
| **COUNT 1** | **JOHNNY E. "JAY" GRIVETTE, JR., DAMON TODD TYDELL, and RAMON FILIPE MALDONADO** |
| VIOLATION: | 21 U.S.C. § 846 and 841(a)(1) - Conspiracy to Manufacture Over 100 Plants of Marijuana |
| PENALTY: | 5 - 40 Years Imprisonment;<br>Not More Than $2,000,000 fine, or both;<br>At Least 4 Years TSR |
| **COUNT 2** | **JOHNNY E. "JAY" GRIVETTE, JR., DAMON TODD TYDELL, and RAMON FILIPE MALDONADO** |
| VIOLATION: | 21 U.S.C. § 841(a)(1) - Manufacturing Over 100 Plants of Marijuana |
| PENALTY: | 5 - 40 Years Imprisonment;<br>Not More Than $2,000,000 fine or both;<br>At Least 4 Years TSR |
| **FORFEITURE ALLEGATION:** | **JOHNNY E. "JAY" GRIVETTE, JR., DAMON TODD TYDELL, and RAMON FILIPE MALDONADO** |
| VIOLATION: | 21 U.S.C. § 853(a) - Criminal Forfeiture |
| PENALTY: | As Indicated in the Indictment - Criminal forfeiture is subject to proof at a hearing immediately following trial. |