FILED
June 14, 2010
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
)  Case No. 2:10-cr-00220-GEB
      Plaintiff, )
v. )  ORDER FOR RELEASE
) OF PERSON IN CUSTODY
JOHNNY E. "JAY" GRIVETTE, JR., )
)
      Defendant. )

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Johnny E. "Jay" Grivette, Jr.</u>; Case <u>2:10-cr-00200-GEB</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    \_    Release on Personal Recognizance

    \_    Bail Posted in the Sum of _____

    \_    Unsecured bond in the amount of

    \_    Appearance Bond with 10% Deposit

    \_    Appearance Bond secured by Real Property

    \_    Corporate Surety Bail Bond

    <u>X</u>    (Other) <u>Pretrial conditions/supervision;</u>

Issued at <u>Sacramento, CA</u> on <u>6/14/10</u> at <u>2:55 p.m.</u>

By _____
Kimberly J. Mueller,
United States Magistrate Judge