BENJAMIN B. WAGNER
United States Attorney
RUSSELL L. CARLBERG
MICHAEL M. BECKWITH
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. No. S-11-220 GEB |
| Plaintiff, | |
| v. | |
| JOHNNY EUGENE GRIVETTE, JR., et al., | |
| Defendants. | |

**EXHIBITS IN SUPPORT OF GOVERNMENT'S OPPOSITION TO DEFENDANTS' MOTIONS**

TABLE OF EXHIBITS

Exhibit 1 - Search Warrant & Affidavit, BSW-10-122

Exhibit 2 - Search Warrant & Affidavit, BSW-10-124

Exhibit 3 - Surveillance Photos

Exhibit 4 - Declaration & Report of Deputy M. Rackley

Exhibit 5 - Photo of Exterior Door

Exhibit 6 - Police Report

Exhibit 7 - Photo of Debris

Exhibit 8 - Photo of "Authorization" Found Inside Warehouse

Exhibit 9 - Photos of Plants and Equipment in Room #1

Exhibit 10 - California DOJ Physical Evidence Examination Report Dated 5/4/10

Exhibit 11 - Photo of Grivette with Blackberry

Exhibit 12 - Photos of Stages of Marijuana Growth from Grivette's Blackberry

Exhibit 13 - Photo of Gun and Ammunition Clips Inside Hidden Compartment from Grivette's Blackberry

Exhibit 14 - Nature's 420 Card and Membership Rules

Exhibit 15 - Photos of Maldonado's Apartment

Exhibit 16 - Photos of Marijuana Plants from Rydell's Blackberry

Exhibit 17 - Photo of Grow Lamps from Rydell's Blackberry

Exhibit 18 - Police Report of S. Collins

Exhibit 19 - Text Messages from Rydell's Blackberry

Exhibit 20 - California Secretary of State Business Entity Detail

Exhibit 21 - Declaration of Jacob Hancock

Exhibit 22 - Judge William Lamb's Sealing Order

Exhibit 23 - Returns from Search of Grivette's House

Exhibit 24 - Returns from Search of Rydell's House

Exhibit 25 - DMV Records for Grivette and Maldonado

Exhibit 26 - FBI Property Receipt

ii