# EXHIBIT 11

# Photo of Grivette with Blackberry

