# EXHIBIT 25

# DMV Records for Grivette and Maldonado

Requestor: DABW
Date/time: 4/14/2010 9:58:55 AM
Request  : Drivers License Check (DMV/NLE
Info     : STA1:CA OLN:A5674851

DMV DL

ID
DATE:04-14-10*TIME:09:58*
DMV RECORD FOR LAW ENFORCEMENT USE ONLY
DL/NO:A5674851*B/D:12-21-1974*NAME:GRIVETTE JOHNNY EUGENE JR*
MAIL ADDR AS OF 05-08-09:6475 HOLLYWOOD DR MAGALIA 95954*
OTH/ADDR AS OF 11-25-08:3995 SKYVIEW DRIVE PARADISE *
IDENTIFYING INFORMATION:
SEX:MALE*HAIR:BROWN*EYES:BRN*HT:6-05*WT:270*
LIC/ISS:09-19-07*EXPIRES:12-21-11*CLASS:C NON-COMMERCIAL
 & M1 MOTORCYCLE*
ENDORSEMENTS:NONE*
LATEST APP:
DL TYPE:DUP WITH PRIOR PHOTO*ISS/DATE: 05-08-09*OFFICE: PAR*BATES:POL*
ORGAN AND TISSUE DONOR: YES   UPDATED:05-08-09
LICENSE STATUS:
 VALID*
DEPARTMENTAL ACTIONS:
NONE
CONVICTIONS:
VIOL/DT  CONV/DT  SEC/VIOL  DKT/NO       DISP   COURT  VEH/LIC
06-25-08  07-16-08  22350 VC  T157438      B      04430  8E90432
DMV POINT COUNT 1
10-14-08  12-09-08  22349B VC  R118426     B      18675  5STL330
DMV POINT COUNT 1
11-25-08  01-20-09  21453C VC  *C00343     B      34470  8E90432
DMV POINT COUNT 1
FAILURES TO APPEAR:
NONE
ACCIDENTS:
NONE
END

Requestor: 32
Date/time: 4/14/2010 9:49:55 AM
Request : License Plate Check (REG/SVS/R
Info    : LIC:4S01693 STA1:CA

DMV

IV
DATE: 04/14/10 TIME: 09:49
INSURANCE INFORMATION ON FILE
POSSIBLE FILE CODES: C(4S01693) S(4S01693)
REG VALID FROM: 10/31/09 TO 10/31/10
LIC#:4S01693 YRMD:93 MAKE:FORD BTM :PK VIN :1FTEX15H8PKA12935
R/O :RYDELL DAMON TODD, 3291 ATLETAS WAY CITY:REDDING C.C.:45
ZIP#:96002
SOLD:00/00/92 RCID:02/11/10 OCID:10/03/08 LOCD:9
TYPE:31 POWR:G AXLE:2 WGHT:04135 VEH :32 BODY:P CLAS:AD *-YR:08
REC STATUS:
12/02/2009   DELINQUENT NOTICE EXTRACTED
09/25/08 SMOG DUE 10/31/10

CLEARANCE INFORMATION RECORDS:

| OFFICE | WORK DATE | TECH/ID | SEQ # | VALUE | FICHE DATE | TTC |
|---|---|---|---|---|---|---|
| 145 | 09/06/00 | 45 | 6129 | 00190.00 | 09/08/00 | POT |
| 143 | 09/20/01 | 24 | 2097 | 00145.00 | 09/21/01 | POT |
| 141 | 08/26/02 | 21 | 3460 | 00137.00 | 08/26/02 | POT |
| 143 | 09/15/03 | 41 | 9611 | 00184.00 | 09/25/03 | POT |
| 141 | 08/23/04 | 40 | 4826 | 00147.00 | 08/25/04 | POT |
| 145 | 10/13/05 | 25 | 0296 | 00016.00 | 10/17/05 | PNO |
| 551 | 09/23/08 | 28 | 0012 | 00259.00 | 09/25/08 | F00 |
| 551 | 09/15/08 | 07 | 0004 | 00259.00 | PRIOR SUSPENSE | |
| 601 | 02/11/10 | M2 | 0007 | 00258.00 | 02/17/10 | H05 |

04/09/1999-ODOMETER:     58,419 MILES  ACTUAL MILEAGE
END