MARK J. REICHEL, Bar #155034
REICHEL & PLESSER L.L.P.
Attorneys At Law
455 Capitol Mall, 3rd Floor, Suite 350
Sacramento, California  95814
Telephone: (916) 498-9258
Fax:       (916) 441-6553
mark@reichellaw.com
www.reichelplesser.com

Attorney for Defendant
JOHNNY E. GRIVETTE, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br><br>JOHNNY E. GRIVETTE JR. ET AL<br><br>            Defendants. | NO. CR.S-10-0220 GEB<br><br>STIPULATION TO EXTEND DATE FOR SELF SURRENDER; ORDER THEREON<br><br><br>Date:  January 22, 2013<br>Time:  2:00 p.m.<br>Judge: Hon. Garland E. Burrell Jr. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, RUSSELL CARLBERG, Assistant United States Attorney, MARK J. REICHEL, attorney for defendant, that the date for the self surrender for service of sentence shall be continued to January 22, 2013 at 2:00 p.m.

Stip on self surrender

1  All other terms and conditions of the defendant's
2  release shall remain in full force and effect.
3  DATED: September 12  2012        Respectfully submitted,

                                    /s/ MARK J. REICHEL
                                    MARK J. REICHEL
                                    Attorney for Defendant


                                    BENJAMIN B. WAGNER
                                    United States Attorney

DATED: September 12 2012            /s/ MARK J. REICHEL for:
                                    RUSSELL CARLBERG
                                    Assistant U.S. Attorney
                                    Attorney for Plaintiff


O R D E R

IT IS SO ORDERED. All remaining conditions of the defendant's release shall remain in full force and effect.

Dated:  September 12, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

Stip on self surrender                2