MARK J. REICHEL, Bar #155034
REICHEL & PLESSER L.L.P.
Attorneys At Law
455 Capitol Mall, 3rd Floor, Suite 350
Sacramento, California  95814
Telephone: (916) 498-9258
Fax:       (916) 441-6553
mark@reichellaw.com
www.reichelplesser.com

Attorney for Defendant
JOHNNY E. GRIVETTE, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  Plaintiff,  v.  JOHNNY E. GRIVETTE JR. ET AL  Defendants. | NO. CR.S-10-0220 GEB  STIPULATION TO EXTEND DATE FOR SELF SURRENDER; ORDER THEREON  Date:  March 22, 2013 Time:  2:00 p.m. Judge: Hon. Garland E. Burrell Jr. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, PAUL HEMESETH, Assistant United States Attorney,  MARK J. REICHEL, attorney for defendant, that the date for the self surrender for service of sentence shall be continued to March 22, 2013 at 2:00 p.m.

Stip on self surrender

1  All other terms and conditions of the defendant's
2  release shall remain in full force and effect.

3  DATED: January 10  2013          Respectfully submitted,

5                                    */s/ MARK J. REICHEL*
   MARK J. REICHEL
6                                    Attorney for Defendant

8
                                     BENJAMIN B. WAGNER
9                                    United States Attorney

10 DATED: January 10  2013          */s/ MARK J. REICHEL* for:
                                     PAUL HEMESETH
11                                   Assistant U.S. Attorney
                                     Attorney for Plaintiff

12                               O R D E R
13
   IT IS SO ORDERED. All remaining conditions of the
14
   defendant's release shall remain in full force and effect.
15
16 Dated:  January 10, 2013

                                     _____
                                     GARLAND E. BURRELL, JR.
                                     Senior United States District
                                     Judge

Stip on self surrender                    2